IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03604-CNS-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    $16,239.22 IN U.S. CURRENCY FROZEN IN WELLS FARGO BANK ACCOUNT #3708803675;
2.    $22,580.10 IN U.S. CURRENCY FROZEN IN WELLS FARGO BANK ACCOUNT #1140659531;
3.    APPROXIMATELY $197,350.00 IN U.S. CURRENCY; AND
4.    APPROXIMATELY $3,989.00 IN U.S. CURRENCY;

    Defendants.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the *United States' Unopposed Motion for a Final Order for Forfeiture*, the Court having reviewed said Motion FINDS that:

- The United States commenced this civil forfeiture action pursuant to 21 U.S.C. § 881.  (Doc. 1);

- The facts and verifications as set forth in the *Verified Complaint for Forfeiture in Rem* provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to defendant $16,239.22 in United States currency frozen in Wells Fargo Bank account #3708803675, defendant $22,580.10 in United States currency frozen in Wells Fargo Bank account #1140659531, defendant approximately $197,350.00 in United States currency, and defendant approximately $3,989.00 in United States currency;

1

- All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 9 and 45);

- Claimant Manuel Cabrera-Arteagas is the only third-party to appear;

- The United States has reached a settlement agreement resolving all issues in dispute as to defendant $16,239.22 in United States currency frozen in Wells Fargo Bank account #3708803675, defendant $22,580.10 in United States currency frozen in Wells Fargo Bank account #1140659531, defendant approximately $197,350.00 in United States currency, and defendant approximately $3,989.00 in United States currency;

- The settlement provides that claimant Manuel Cabrera-Arteagas agreed to forfeit defendant $16,239.22 in United States currency frozen in Wells Fargo Bank account #3708803675, defendant $22,580.10 in United States currency frozen in Wells Fargo Bank account #1140659531, $145,000.00 of defendant $197,350.00 in United States currency, and defendant approximately $3,989.00 in United States currency;

- No other claims have been filed as to defendant $16,239.22 in United States currency frozen in Wells Fargo Bank account #3708803675, defendant $22,580.10 in United States currency frozen in Wells Fargo Bank account #1140659531, defendant approximately $197,350.00 in United States currency, and defendant approximately $3,989.00 in United States currency.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED that the United States' Unopposed Motion for a Final Order for Forfeiture is *GRANTED*:

- THAT forfeiture, including all right, title and interest is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, of the $16,239.22 in United States currency frozen in Wells Fargo Bank account #3708803675, $22,580.10 in United States currency frozen in Wells Fargo Bank account #1140659531, $145,000.00 of the $197,350.00 in United States currency, and approximately $3,989.00 in United States currency;

- THAT the United States shall have full and legal title as to the $16,239.22 in United States currency frozen in Wells Fargo Bank account #3708803675, $22,580.10 in United States currency frozen in Wells Fargo Bank account #1140659531, $145,000.00 of the $197,350.00 in United States currency, and approximately $3,989.00 in United States currency, and may dispose of said assets in accordance with law and in accordance with the parties' settlement agreement;

- THAT the Clerk of Court is directed to enter Judgment of the forfeited property, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

- THAT this Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the certain defendant assets pursuant to 28 U.S.C. § 2465.

SO ORDERED this 18th day of April 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge